**STATE OF RHODE ISLAND**

**KENT COUNTY, SC.** **SUPERIOR COURT**

| | | |
|---|---|---|
| **DONNA SALVATORE,**<br>**Plaintiff**<br><br>**v.**<br><br>**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,**<br>**Defendant** | ) | **Civil Action No. KC-05-622** |

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To: Civil Clerk's Office
Kent County Superior Court
Leighton Judicial Complex
222 Quaker Lane
Warwick, RI 02886

PLEASE TAKE NOTICE that a Notice of Removal in the above action from the Kent County Superior Court has been duly filed in the U. S. District Court for the District of Massachusetts. Attached hereto is a copy of that Notice of Removal.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

By Its Attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS, LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

Dated: August 17, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Notice of Filing of Notice of Removal has been served this 17th day of August, 2005 by mailing an exact copy of the same, via first class mail, postage prepaid, to:

Thomas R. Ricci, Esquire
Michael S. Pezzullo, Esquire
376 Broadway
Providence, RI 02909

Anthony J. DiOrio (RWP)

Anthony J. DiOrio
JACKSON LEWIS LLP