STATE Oғ RHODE ISLAND AND PROVIDENCE PLAN ƖIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2005-0622 DONNA SALVATORE V LIBERTY LIFE ASSURANCE COMPANT

Filing Date: 07-11-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: RECOVERY OF DAMAGES/INSURAN(
Status Date: 08-18-2005

Plaintiff: DONNA SALVATORE
ID: @10277535

Attorney: THOMAS RICCI
Attorney: MICHAEL PEZZULLO

Defendant: LIBERTY LIFE ASSURANCE CO OF BOSTON
ID: @10277536

Attorney: ANTHONY DIORIO

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-12-2005 | COMPLAINT FILED | |
| 07-12-2005 | INITIAL FILING FEE | |
| 07-12-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCK49266. |
| 08-05-2005 | SUMMONS,PROOF OF SERVICE FILED | LIBERTY LIFE INSURANCE OF BOSTON |
| 08-09-2005 | ENTRY OF APPEARANCE | FOR DEF |
| 08-09-2005 | STIPULA FILED,EXTEN OF TIME | DEF HAS UNTIL 9/9/05 TO ANSWER |
| 08-09-2005 | CERTIFICATE OF SERVICE | |
| 08-18-2005 | OTH DOC FILED DURING DISCOV | |
| 08-18-2005 | NOTICE | OF FILING OF NOTICE OF REMOVAL |
| 08-18-2005 | NOTICE OF REMOVAL | |

True Copy Attest
Jane M. Anthony
Offices of Clerk of Superior Court, Clerk
County of Kent
Rhode Island