ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONNA SALVATORE,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

C. A. NO. 05-352S

**ASSENTED-TO MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE* FOR GUY P. TULLY**

Defendant, Liberty Life Assurance Company of Boston, hereby moves that Guy P. Tully be admitted *pro hac vice* in the above case as associate trial counsel with local-associate counsel identified below, on the follow grounds:

1. The case involves the following complex area of the law, in which *pro hac vice* counsel practices: The Employment Retirement Income Security Act of 1974 ("ERISA"); and

2. *Pro hac vice* counsel's firm's long-standing representation of the client: Liberty Life Assurance Company of Boston.

SCANNED

6

3. Defendant, Liberty Life Assurance Company of Boston, has obtained the consent of Plaintiff's counsel for moving to admit Guy P. Tully *pro hac vice*.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By its attorneys

Anthony J. DiOrio, R.I. Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
(401) 454-7700 telephone
(401) 454-8855 fax

Guy P. Tully
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

DATED: August 29, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served this 29 day of August, 2005 by mailing an exact copy of the same, via first-class mail, postage prepaid, to Thomas R. Ricci, Esquire and Michael S. Pezzullo, Esquire, 376 Broadway, Providence, RI 02909.

Jackson Lewis LLP

ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONNA SALVATORE,

Plaintiff,

vs.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendants.

C. A. NO. 05-352S

**CERTIFICATION FOR *PRO HAC VICE* ADMISSION OF GUY P. TULLY**

1. I, Guy P. Tully, certify that I am a member in good standing of the bars of the Commonwealth of Massachusetts, the State of Illinois, the United States District Court, District of Massachusetts, the United States District Court for the Northern District of Illinois, and the United States Court of Appeals for the First Circuit, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings against me at this time.

3. I have never been convicted of any crime.

4. I am currently admitted, and/or within the preceding 24 months have applied to be admitted or appeared, in the following case in this district: Hazard v. Southern Union Co. and United Steelworkers of America, AFL-CIO-CLC, Local 12431, Civil Action No. 01-556L.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledged, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Guy P. Tully
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
Tel: (617) 367-0025
Fax: (617) 367-2155

Anthony J. DiOrio, RI Bar No. 3419
JACKSON LEWIS LLP
127 Dorrance Street
Providence, RI 02903
Tel: (401) 454-7700
Fax: (401) 454-8855

Dated: August 26, 2005

**ORDER:**

This motion is hereby Granted.

WSM

U.S. District Judge

Date: 8/30/05