UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 21 2005
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| DONNA SALVATORE | ) | |
| | ) | |
| VS. | ) | CA-05-352-S |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, ALIAS | ) | |
| | ) | |

## ***STIPULATION***

Now comes Thomas R. Ricci, Esquire and hereby withdraws his appearance as counsel for the Plaintiff, Donna Salvatore, in the above-entitled matter.

Thomas R. Ricci (R.I. Bar No. 4165)
376 Broadway
Providence, RI 02909
Tel (401) 521-8400
Fax (401) 521-8405

## CERTIFICATION

I hereby certify that a true copy of the within Stipulation was mailed to Anthony J. DiOrio, Esquire, Jackson Lewis, LLP, 127 Dorrance Street, 4th Floor, Providence, RI, 02903 on the 20th day of September, 2005.

Susan M. Federico