UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Donna Salvatore,
Plaintiff,

v. CA No. 05-352S

Liberty Life Assurance Company of Boston,
Defendant.

**PRETRIAL ORDER**

(Civil Case)

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. The parties shall submit the administrative record by **November 7, 2005.**

2. Dispositive Motions. Dispositive motions shall be filed by **January 6, 2006.** The Parties shall file their replies by **January 31, 2006.**

By Order

Deputy Clerk

ENTER:

William E. Smith
United States District Judge
Date: 10/7/05