UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 12 2005

DONNA SALVATORE

VS CA-05-352-S

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**ASSENTED TO MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT**

NOW COMES the Plaintiff and pursuant to Rule 15 of the *Federal Rules of Civil Procedure*, hereby moves for leave of Court to amend her Complaint to reflect her claims arising under the Employee Retirement Income Security Act of 1974, 29 USC § 1001 et seq (hereinafter referred to as, "ERISA"). The Plaintiff's Complaint as originally filed in the Rhode Island Superior Court, in and for Kent County, alleges claims arising under state law only. The Proposed First Amended Verified Complaint is attached hereto as Exhibit A.

The Plaintiff has obtained the consent of counsel for the Defendant for this Motion.

Leave to amend pleadings should be freely granted when justice so requires. *Schock v U.S.,* 21 F.Supp.2d 115, 124 (D.R.I., 1998). Whether to grant leave is based on the balancing of several factors, including, futility, delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previously granted amendments and prejudice to the opposing party. *O'Neil v Q.L.C.R.I.,* Inc., 750 F.Supp. 551, 553 (D.R.I. 1990). None of the aforementioned are present in this action. In addition, no prejudice would befall the Defendant since this action was removed to this Court in August 2005 shortly after the Plaintiff filed in state court. Leave should be granted when a plaintiff seeks to change her

complaint from one arising under state law to that alleging claims arising under ERISA. *Burks v American Cast Iron Pipe Company,* 212 F.3d 1333 (11th Cir., 2000) (citing *Woodfork v Marine Cooks & Stewards Union,* 642 F.2d 966, 976 (5th Cir., 1981).

WHEREFORE, the Plaintiff requests entry of an Order granting her Motion for Leave of Court to Amend her Complaint.

Plaintiff,
by her Attorney,

Michael S. Pezzullo (5489)
376 Broadway
Providence RI 02909
Tel: 401-521-8400

October 11, 2005
Date

CERTIFICATION

I hereby certify that on this 11th day of October, 2005, I have forwarded a true copy of the within by regular mail, postage prepaid to:

Anthony J. DiOrio, Esq., JACKSON LEWIS, LLP, 127 Dorrance Street, Providence RI 02903

Guy P. Tully, Esq., *pro hac vice,* and Richard W. Paterniti, Esq., *pro hac vice,* JACKSON LEWIS, LLP, 75 Park Plaza , Boston MA 02116

**ORDER:** The Plaintiff's Motion for Leave of Court to Amend Complaint is hereby Granted.

W. Smith
U.S. District Judge

10/13/05
Date