UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DONNA SALVATORE

VS CA-05-352-S

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**AFFIDAVIT OF COMPLIANCE WITH 29 USC § 1132(h)**

NOW COMES, Michael S. Pezzullo, Esq., Attorney for the Plaintiff after being duly sworn upon oath, makes this affidavit and states as follows:

In accordance with 29 USC § 1132(h), on October 24th, 2005, I served by certified mail return receipt requested, a copy of the First Amended Verified Compliant in the above-captioned action on the Honorable Elaine Chao, Secretary of Labor, and the Honorable John Snow, Secretary of the Treasury, as evidenced by the attached return receipts and US Post Office Track and Confirm Reports.

Michael S. Pezzullo (5489)
Affiant
376 Broadway
Providence, RI 02909
Tel: 401-521-8400

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 28th day of October, 2005

Notary Public
Print Name: Susan M. Federico
My Commission expires: 2/21/06

CERTIFICATION

I hereby certify that on this 28th day of October, 2005, I have forwarded a true copy of the within by regular mail, postage prepaid to:

Anthony J. DiOrio, Esq., JACKSON LEWIS, LLP, 127 Dorrance Street, Providence RI 02903

Guy P. Tully, Esq., *pro hac vice,* and Richard W. Paterniti, Esq., *pro hac vice,* JACKSON LEWIS, LLP, 75 Park Plaza , Boston MA 02116