Michael S. Pezzullo
Attorney at Law

376 Broadway, Providence, Rhode Island 02909
Tel: (401) 521-8400
Fax: (401) 521-8405
e-mail: mspesq5489@yahoo.com

October 17, 2005

Hon. Elaine Chao
Secretary of Labor
U.S. DEPARTMENT OF LABOR
Frances Perkins Building
200 Constitution Avenue, NW
Washington DC 20210

RE: *Salvatore v Liberty Life Assurance Company of Boston,* CA-05-352-S

SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED NO.
7004 2510 0000 9229 0182

Dear Secretary Chao:

Pursuant to 29 USC § 1132(h), enclosed please find a copy of the First Amended Verified Complaint relative to the above-entitled matter.

Thank you.

Sincerely,

Michael S. Pezzullo

cc: Secretary of the Treasury
Enclosure

UNITED STATES POSTAL SERVICE



# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0000 9229 0182**
Detailed Results:

- **Delivered, October 24, 2005, 7:59 am, WASHINGTON, DC 20210**
- **Arrival at Unit, October 24, 2005, 2:01 am, WASHINGTON, DC 20022**

< Back Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

Accounts
cy

7004 2510 0000 9229 0182

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.60 | Postmark Here |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | — 0 — | |
| Total Postage & Fees | $ 4.65 | |

Sent To Hon. Elaine Chao, Secretary of Labor
U.S. Department of Labor/Frances Perkins Bldg
Street, Apt. No.; or PO Box No. 200 Constitution Avenue, NW
City, State, ZIP+4 Washington DC 20210

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Elaine Chao
Secretary of Labor
U.S. DEPARTMENT OF LABOR
Frances Perkins Building
200 Constitution Avenue, NW
Washington DC 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Fields

C. Date of Delivery 10/25/05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7004 2510 0000 9229 0182

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Michael S. Pezzullo
Attorney at Law

376 Broadway, Providence, Rhode Island 02909
Tel: (401) 521-8400
Fax: (401) 521-8405
e-mail: mspesq5489@yahoo.com

October 17, 2005

Hon. John Snow
Secretary of the Treasury
U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, NW
Washington DC 20220

RE: *Salvatore v Liberty Life Assurance Company of Boston,* CA-05-352-S

SERVED BY CERTIFIED MAIL RETURN RECEIPT REQUESTED NO.
7004 2510 0000 9229 0199

Dear Secretary Snow:

Pursuant to 29 USC § 1132(h), enclosed please find a copy of the First Amended Verified Complaint relative to the above-entitled matter.

Thank you.

Sincerely,

Michael S. Pezzullo

cc: Secretary of Labor
Enclosure

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0000 9229 0199**
Detailed Results:

- **Delivered, October 24, 2005, 8:03 am, WASHINGTON, DC 20220**
- **Arrival at Unit, October 24, 2005, 1:48 am, WASHINGTON, DC 20022**

< Back  Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

Accounts
cy

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7004 2510 0000 9229 0199

| | |
|---|---|
| Postage | $ 0.60 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | -0- |
| Total Postage & Fees | $ 4.65 |

Postmark Here

Sent To Hon. John Snow, Secretary of the Treasury
Secretary of the Treasury
Street, Apt. No.; or PO Box No. U.S. Department of the Treasury
City, State, ZIP+4 1500 Pennsylvania Avenue, NW
Washington DC 20220

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. John Snow
Secretary of the Treasury
U.S. DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, NW
Washington DC 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M Middleton
☐ Agent
☐ Addressee

B. Received by (Printed Name)
OCT 24 2005

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7004 2510 0000 9229 0199

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540