UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DONNA SALVATORE,<br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON,<br>Defendant | ) | C.A. No. 05-352S |

**ASSENTED TO MOTION TO EXTEND TIME FOR DEFENDANT TO SUBMIT ADMINISTRATIVE RECORD IN LIGHT OF THE PARTIES' AGREEMENT TO RESOLVE THIS MATTER**

Defendant, Liberty Life Assurance Company of Boston ("Liberty Life"), respectfully requests, and with the assent of the Plaintiff, that it be granted a 30-day extension of time, up to and including Wednesday, December 7, 2005, to submit the administrative record in this case. As grounds for this motion, Defendant states that the parties attended a mandatory settlement conference before Magistrate Judge Lovegreen on October 27, 2005 and reached an agreement in principle to resolve this matter. The parties currently are in the process of reviewing and finalizing settlement papers. Defendant respectfully requests that the deadline for submitting the administrative record be extended by 30 days to afford the parties additional time to finalize the settlement papers and to file a Stipulation of Dismissal With Prejudice, while avoiding additional and unnecessary costs and fees associated with the production of the administrative record.

On behalf of Defendant, the undersigned counsel has conferred with Michael Pezzullo, counsel for Plaintiff, who has given his assent on behalf of Plaintiff.

WHEREFORE, Defendant requests that it be granted a 30-day extension up to and including December 7, 2005 to submit the administrative record in this case.

Respectfully submitted,

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON
By Its Attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS, LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
Telephone: (401) 490-3444

Guy P. Tully
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

Dated: November 4, 2005

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Assented to Motion to Extend Time For Defendant to Submit Administrative Record In Light of the Parties Agreement to Resolve This Matter has been served this 4th day of November, 2005 by mailing an exact copy of the same, via overnight mail, to:

Michael S. Pezzullo, Esquire
376 Broadway
Providence, RI 02909

Anthony J. DiOrio (RWP)
JACKSON LEWIS LLP