SCANNED

RECEIVED
DEC 2005
... of U.S. District Court

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DONNA SALVATORE,
Plaintiff

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
Defendant

C.A. No. 05-352S

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Donna Salvatore, and Defendant, Liberty Life Assurance Company of Boston, pursuant to Fed. R. Civ. P. 41(a), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

DONNA SALVATORE
By her attorney,

Michael Pezzullo (5489)
376 Broadway
Providence, RI 02909
(401) 521-8400

Donna Salvatore
11-16-05

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
By Its Attorneys,

Anthony J. DiOrio (RWP)

Anthony J. DiOrio (R.I. Bar No. 3419)
JACKSON LEWIS, LLP
127 Dorrance Street, 4th Floor
Providence, Rhode Island 02903
(401) 490-3444

Guy P. Tully
(Moving for Admission *Pro Hac Vice*)
Richard W. Paterniti
(Moving for Admission *Pro Hac Vice*)
JACKSON LEWIS LLP
75 Park Plaza
Boston, Massachusetts 02116
(617) 367-0025

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 12/2/05